UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHANN SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | Civil Action No. 19-10319 (KMW-SAK)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter having been amicably resolved between all parties, it is hereby stipulated and agreed that the within action be and is hereby dismissed in its entirety with prejudice, and without costs to any party.

| | |
|---|---|
| **Wheeler DiUlio & Barnabei**<br>Attorneys for Plaintiff<br>  Johann Smith | **Windels Marx Lane & Mittendorf, LLP**<br>Attorneys for Defendant<br>  State Farm Fire and Casualty Company |
| By: */s/ Anthony DiUlio*<br>      Anthony DiUlio | By: */s/ David F. Swerdlow*<br>      David F. Swerdlow |

Dated: October 8, 2024


            **SO ORDERED, this ____ day of October, 2024:**


            _____
            **Honorable Karen M. Williams, U.S.D.J.**