UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHANN SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | Civil Action No. 19-10319 (KMW-SAK)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter having been amicably resolved between all parties, it is hereby stipulated and agreed that the within action be and is hereby dismissed in its entirety with prejudice, and without costs to any party.

**Wheeler DiUlio & Barnabei**
Attorneys for Plaintiff
Johann Smith

By: */s/ Anthony DiUlio*
 Anthony DiUlio

Dated: October 8, 2024

**Windels Marx Lane & Mittendorf, LLP**
Attorneys for Defendant
 State Farm Fire and Casualty Company

By: */s/ David F. Swerdlow*
 David F. Swerdlow

SO ORDERED, this 18 day of October, 2024:

_____
Honorable Karen M. Williams, U.S.D.J.